**WO**

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF ARIZONA

8

| United States of America, | |
|---|---|
|                Plaintiff, | **CR 98-0096-001-PCT-RCB** |
|     v. | **ORDER QUASHING WRIT OF CONTINUING GARNISHMENT** |
| Albert Marwin Cook | |
|                Defendant. | |
| Havasupai Indian Tribe | |
|                Garnishee. | |

9

10

11

12

13

14

15

16

       Upon consideration of the Motion to Quash Writ of Continuing Garnishment filed by the Plaintiff in the above cause.

17

18

       IT IS HEREBY ORDERED that the Writ of Continuing Garnishment issued on or about September 6, 2012, be and same is hereby quashed.

19

20

       DATED this 9th day of January, 2013.

21

22

23

_____
Robert C. Broomfield
Senior United States District Judge

24

25

26

27

28